1  CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
2  C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
3  POTTER LAW OFFICES
1125 Shadow Lane
4  Las Vegas, Nevada 89102
Tel:  (702) 385-1954
5  Fax: (702) 385-9081
*Attorneys for Plaintiffs*

6

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9

JACQUELYNN NICKLER
10
          Plaintiffs,                              CASE NO.: 14-cv-1907-APG-CWH
11
vs.
12
COUNTY OF CLARK, organized and of the
13  existing under the laws of State of Nevada;
STEVEN D. GRIERSON, court administrator,
14  individually; KATHLEEN LAMBERMONT,
administrator of the Clark County District
15  Attorney's office, individually; and,
DOE 1 through 10, inclusive;
16
          Defendants.
17  _____/

18     **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE TO**

19         **DEFENDANT STEVEN GRIERSON'S MOTION TO DISMISS**

20          Pursuant to LR 6-1, Plaintiff, Jacquelynn Nickler, by and through her counsel of record

21  Cal J. Potter, III, Esq. and C. J. Potter, IV, Esq. of Potter Law Offices; Defendant, Steven D.

22  Grierson, by and through his counsel of record Frederick J. Perdomo, Deputy Attorney

23  General; and Defendants, Clark County and Kathleen Lambermont, by and through their

24  counsel of record, Robert. W. Freeman, Esq. and Cayla Witty, Esq. of Lewis Brisbois Bisgaard

25  & Smith, hereby stipulate and request that the scheduled date of filing of Plaintiff's Response

26  to Defendant Steven Grierson's Motion to Dismiss [doc. 12] and Joinder [doc. 18], currently

27  due on Friday, March 6, 2015, be extended twenty (20) days up to and including Thursday,

28  March 26, 2015.

1    Plaintiff submits that good cause exists for this extension as Plaintiff's counsel, in

2    addition to working on this response, has been preparing a post-conviction writ that cannot be

3    extended, had three (3) depositions and four (4) day-long mandatory settlement conferences, in

4    addition to other deadlines and appearances since the time Defendant filed his Motion.

5    Additionally, next week, Plaintiff's counsel has five (5) depositions and numerous criminal

6    appearances.

7    Based upon the foregoing, the parties request that this Court order the time for the

8    Plaintiff to file her response to the Motion to Dismiss [doc. 12] and Joinder [doc. 18] to

9    Thursday, March 26, 2015. The parties also request that this Court provide a concomitant

10   enlargement of time for the Defendant's Reply thereto.

11

12   . . .

13

14   . . .

15

16   . . .

17

18   . . .

19

20   . . .

21

22   . . .

23

24   . . .

25

26   . . .

27

28   . . .

1    This is the first request for enlargement of time is made in good faith and not for the

2    purposes of delay.

3        APPROVED AS TO FORM AND CONTENT.

4    DATED this 6th day of March, 2015.          DATED this 6th day of March, 2015.

5    POTTER LAW OFFICES                          OFFICE OF THE NEVADA ATTORNEY
                                                 GENERAL
6    By:   /s/ Cal J. Potter, III, Esq.
     CAL J. POTTER, III, ESQ.                    By     /s/ Frederick J. Perdomo, Esq.
7    Nevada Bar No. 1988                         ADAM P. LAXALT, Attorney General
     C. J. POTTER, IV, ESQ.                      FREDERICK J. PERDOMO, Deputy A.G.
8    Nevada Bar No. 13225                        Nevada Bar No. 10714
     1125 Shadow Lane                            100 North Carson Street
9    Las Vegas, Nevada 89102                     Carson City, NV 89701
     *Attorneys for Plaintiff*                   *Attorney for Defendant Steven D. Grierson*
10

11   DATED this 6th day of March, 2015.

12   LEWIS BRISBOIS BISGAARD &
     SMITH, LLP
13
     By   /s/ Robert W. Freeman, Esq.
14   ROBERT W. FREEMAN, ESQ.
     Nevada Bar No. 3062
15   CAYLA WITTY, ESQ.
     Nevada Bar No. 12897
16   6385 South Rainbow Boulevard, Ste. 600
     Las Vegas, NV 89118
17   *Attorney for Defendants Clark County*
     *and Kathleen Lambermont*
18

19

20

21

22                              **ORDER**

23       IT IS SO ORDERED.

24       Dated this  9th  day of March, 2015.

25                                               _____
                                                 U.S. DISTRICT COURT JUDGE
26

27

28

                                      3