ADAM PAUL LAXALT
Attorney General
FREDERICK J. PERDOMO
Deputy Attorney General
Nevada Bar No. 10714
Bureau of Litigation
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1250
Fax: 775-684-1275
E-Mail: fperdomo@ag.nv.gov

*Attorneys for Defendant Steve Grierson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYNN NICKLER,<br><br>     Plaintiff,<br><br>v.<br><br>COUNTY OF CLARK, et al.,<br><br>     Defendants. | Case No.:  2:14-cv-01907-APG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME OF THE DATE SET FOR DEFENDANT STEVE GRIERSON TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS [FIRST REQUEST]** |

COMES NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendant Steve Grierson to file a Reply In Support of Motion to Dismiss shall be extended from April 6, 2015 to April 27, 2015.

**Reason for Extension**

Undersigned counsel for Defendant Grierson requests an extension of the current deadline due to one of his cases proceeding to trial sometime during a two week stacked calendar starting April 14, 2015.  Undersigned counsel for Defendant Grierson is currently in the midst of preparing for this trial which has consumed and will continue to consume the majority of his resources.

/ / /

/ / /

/ / /

/ / /

This stipulation is made in good faith and not for the purpose of delay.  This is the first extension of time requested by undersigned counsel for Defendant Steve Grierson to file his Reply in Support of Motion to Dismiss.

DATED this 3rd day of April, 2015.

Potter Law Offices

By: */s/ Cal J. Potter*
    Cal J. Potter, III, Esq.
    C.J. Potter, IV, Esq.
    *Attorneys for Plaintiff*

DATED this 3rd day of April, 2015.

ADAM PAUL LAXALT
Attorney General

By: */s/ Frederick J. Perdomo*
    FREDERICK J. PERDOMO
    Deputy Attorney General
    Bureau of Litigation
    Public Safety Division
    *Attorney for Defendant*

IT IS SO ORDERED:

Dated: _____April 6, 2015_____

_____
U.S. DISTRICT COURT JUDGE