CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13225
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Tel: (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JACQUELYNN NICKLER

    Plaintiffs,

vs.

COUNTY OF CLARK, organized and of the existing under the laws of State of Nevada; STEVEN D. GRIERSON, court administrator, individually; KATHLEEN LAMBERMONT, administrator of the Clark County District Attorney's office, individually; and, DOE 1 through 10, inclusive;

    Defendants.
_____/

CASE NO.: 14-cv-1907-APG-CWH

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S RESPONSE TO DEFENDANTS CLARK COUNTY AND LAMBERMONT'S JOINDER TO MOTION TO DISMISS AND TO EXTEND DEFENDANTS' REPLY THERETO**

    Pursuant to LR 6-1, Plaintiff, Jacquelynn Nickler, by and through her counsel of record Cal J. Potter, III, Esq. and C. J. Potter, IV, Esq. of Potter Law Offices and Defendants, Clark County and Kathleen Lambermont, by and through their counsel of record, Robert. W. Freeman, Esq. and Cayla Witty, Esq. of Lewis Brisbois Bisgaard & Smith, hereby stipulate and request that the scheduled date of filing of Plaintiff's Response to Defendants Clark County and Lambermont's Joinder to Motion to Dismiss [doc. 18], previously extended to Thursday, March 26, 2015 be extended six (6) days up to and including Monday, April 13, 2015.  In addition the parties seek that Defendants' Reply thereto be extended to Friday, May 1, 2015.

Plaintiff submits that good cause exists for this extension.  Plaintiff previously extended the Response [doc. 23], but at the time of filing and responding to the Motion [doc. 28] Plaintiff's counsel inadvertently failed to respond to the Joinder.  Upon realizing the mistake, Plaintiff's counsel conferred with Defendants' counsel who was amenable to a second extension.  Defendants also request an extension for their Reply.

Based upon the foregoing, the parties request that this Court order the time for the Plaintiff to file her response to the Motion to Dismiss [doc. 12] and Joinder [doc. 18] to Thursday, March 26, 2015. The parties also request that this Court provide a concomitant enlargement of time for the Defendant's Reply thereto.

This is the second request for enlargement of time to file the Response and first request for enlargement of time to file the Reply.  These requests are made in good faith and not for the purposes of delay.

APPROVED AS TO FORM AND CONTENT.

| | |
|---|---|
| DATED this 7th day of April, 2015. | DATED this 7th day of April, 2015. |
| POTTER LAW OFFICES | LEWIS BRISBOIS BISGAARD & SMITH, LLP |
| By: /s/ C. J. Potter, IV, Esq. | By /s/ Robert W. Freeman, Esq. |
| CAL J. POTTER, III, ESQ.<br>Nevada Bar No. 1988<br>C. J. POTTER, IV, ESQ.<br>Nevada Bar No. 13225<br>1125 Shadow Lane<br>Las Vegas, Nevada 89102<br>*Attorneys for Plaintiff* | ROBERT W. FREEMAN, ESQ.<br>Nevada Bar No. 3062<br>CAYLA WITTY, ESQ.<br>Nevada Bar No. 12897<br>6385 South Rainbow Boulevard, Ste. 600<br>Las Vegas, NV 89118<br>*Attorney for Defendants Clark County and Kathleen Lambermont* |

**ORDER**

IT IS SO ORDERED.

Dated April 16, 2015.

_____
U.S. DISTRICT COURT JUDGE