JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff JACQUELYNN NICKLER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JACQUELYNN NICKLER,

    Plaintiff,

vs.

COUNTY OF CLARK, organized and of the existing under the laws of State of Nevada; STEVEN D. GRIERSON, court administrator, individually; KATHLEEN LAMBERMONT, administrator of the Clark County District Attorney's office, individually; and, DOE 1 through 10, inclusive;

    Defendants.

Case No.: 2:14-cv-01907-JCM-DJA

ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT

[FIRST REQUEST]

COME NOW the Parties by and through their respective counsel of record, and hereby stipulate and agree, and ask for the court's approval, to extend the deadline to file the Joint Status Report ordered by Magistrate Judge Hoffman on August 2, 2019 for two weeks, through and including **August 30, 2019**. The reason for this request is that the parties have been tied up with other matters, especially including counsel for Defendant Grierson being in trial this week, and the parties have not had an opportunity to meet and confer about the content of the Joint Status Report. Further, it is noted that Plaintiff's new counsel has just filed an appearance in this matter and did not receive the minute order filed by Magistrate Judge Hoffman until it was sent to him via email by

1

defense counsel on August 9, 2019.

This extension of the deadline to file a Joint Status Report is sought in good faith and not for the purpose of delay.

Dated: August 15, 2019                                    Dated: August 15, 2019

/s/    James P. Kemp                                      /s/    Robert W. Freedman, Jr.
James P. Kemp, Esq.                                       Robert W. Freedman, Jr., Esq.
KEMP & KEMP ATTORNEYS AT LAW                              LEWIS BRISBOIS BISGAARD & SMITH
7435 West Azure Drive, Suite 110                          6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89130                                       Las Vegas, NV 89118
(702) 258-1183/ 258-6983 fax                              (702) 893-3383 / (702) 893-3789 fax
Attorney for Plaintiffs                                   Robert.freeman@lewisbrisbois.com
                                                          Attorneys for Defendants Clark County and
                                                          Kathleen Lambermont

                                                                /s/ D. Randall Gilmer
                                                          D. Randall Gilmer, Esq.
                                                          OFFICE OF ATTORNEY GENERAL
                                                          555 E. Washington Avenue, Suite 2600
                                                          Las Vegas, NV 89101
                                                          (702) 486-3427 / (702) 486-3774 fax
                                                          drgilmer@ag.nv.gov
                                                          Attorney for Steven D. Grierson

**ORDER**

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 21, 2019.

2