JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff JACQUELYNN NICKLER

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
∗ ∗ ∗

JACQUELYNN NICKLER,                            )
                                               )
                                               )
            Plaintiff,                          )      Case No.: 2:14-cv-01907-JCM-DJA
                                               )
    vs.                                        )
                                               )
                                               )      STIPULATION AND [PROPOSED]
COUNTY OF CLARK, organized and of the          )      ORDER TO EXTEND TIME TO FILE
existing under the laws of State of Nevada;    )      JOINT STATUS REPORT
STEVEN D. GRIERSON, court administrator,       )
individually; KATHLEEN LAMBERMONT,             )
administrator of the Clark County District     )      [SECOND REQUEST]
Attorney's office, individually; and, DOE 1    )
through 10, inclusive;                         )
                                               )
            Defendants.                         )

COME NOW the Parties by and through their respective counsel of record, and hereby

stipulate and agree, and ask for the court's approval, to extend the deadline to file the Joint Status

Report ordered by Magistrate Judge Hoffman on August 2, 2019 for AN ADDITIONAL two weeks,

from August 30, 2019 through and including **September 13, 2019**.  The reason for this request is

that the parties have continued to be tied up with other matters, especially including counsel for

Plaintiff being focused on preparation for trial that was scheduled with Judge Dorsey for August 27-

30 and only settled on the eve of trial on August 26.  As a result of that Plaintiff's counsel is now

required to prepare for and travel to Washington State for deposition in a case on which he was just

admitted *pro hac vice* in the Central District of California.  There are additional depositions in that

case in Los Angeles on September 3 and September 6. Because of this unusually busy schedule Plaintiff's counsel has been unable to meet and confer with Defense Counsel in this matter to formulate the Joint Status Report and it is not expected that this can take place until at least September 7 or September 8.

This extension of the deadline to file a Joint Status Report is sought in good faith and not for the purpose of delay.

Dated: August 29, 2019                                                    Dated: August 29, 2019


/s/      James P. Kemp                          /s/      Robert W. Freedman, Jr.
James P. Kemp, Esq.                              Robert W. Freedman, Jr., Esq.
KEMP & KEMP ATTORNEYS AT LAW        LEWIS BRISBOIS BISGAARD & SMITH
7435 West Azure Drive, Suite 110                  6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89130                                 Las Vegas, NV 89118
(702) 258-1183/ 258-6983 fax                     (702) 893-3383 / (702) 893-3789 fax
Attorney for Plaintiffs                                Robert.freeman@lewisbrisbois.com
                                                              Attorneys for Defendants Clark County and
                                                              Kathleen Lambermont

                                                                 /s/ D. Randall Gilmer
                                                              D. Randall Gilmer, Esq.
                                                              OFFICE OF ATTORNEY GENERAL
                                                              555 E. Washington Avenue, Suite 2600
                                                              Las Vegas, NV 89101
                                                              (702) 486-3427 / (702) 486-3774 fax
                                                              drgilmer@ag.nv.gov
                                                              Attorney for Steven D. Grierson

**ORDER**

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

Dated: August 30, 2019