AARON D. FORD
  Attorney General
D. RANDALL GILMER (Bar No. 14001)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3427 (phone)
(702) 486-3773 (fax)
drgilmer@ag.nv.gov
*Attorneys for Defendant Steven Grierson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYNN NICKLER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CLARK, et al.,<br><br>    Defendants. | Case No.: 2:14-cv-01907-APG-CWH<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS STEVE GRIERSON, KATHLEEN LAMBERMONT, AND CLARK COUNTY TO FILE THEIR REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS' TO DISMISS FROM NOVEMBER 1, 2019 TO NOVEMBER 8, 2019**<br><br>**(First Request for Extension)** |

COME NOW the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants Steve Grierson, Kathleen Lambermont and Clark County to file a reply brief in support of Grierson's Motions' to Dismiss or for Summary Judgment and Lambermont and Clark County's joinder to those motions (ECF Nos. 96, 99) shall be extended from November 1, 2019 to November 9, 2019. This is Defendants' first request for an extension of time to file their respective reply briefs.

This one-week extension of time to file reply briefs is being sought for the following good faith reasons:

First, Plaintiff's Opposition was filed on October 25, 2019, which was a state holiday. As a result, the Office of the Attorney General's office was closed. Further, Grierson's counsel was travelling for the holiday, and was not able to review the opposition until Monday, October 28, 2019 upon returning to the office following the Nevada Day holiday.

Second, Nickler's Opposition to the Motion to Dismiss (ECF No. 105) is identical to the Opposition filed to the Motion for Summary Judgment (ECF No. 104), as the Motion for Summary Judgment filed by Grierson (ECF No. 97) was identical to the Motion to Dismiss (ECF No. 96). Similarly, the joinders filed by Defendants Lambermont and Clark County (ECF Nos. 99, 100) were identical as well.

Accordingly, the reply brief filed in support of the Motion to Dismiss will be identical to the reply brief filed in support of the Motion for Summary Judgment, which is not due until Friday, November 8, 2019. By extending the deadline to November 8, 2019, Defendants will be afforded the full opportunity to respond to the Motion for Summary Judgment, as opposed to having to complete the reply within seven (7) days.

Third, because the reply brief in support of the Motion to Dismiss will be the identical document to the reply brief filed in support of the Motion for Summary Judgment (as each of those motions are identical), the one-week extension will not result in any undue delay or prejudice, as it will ensure that the timelines for both motions coincide with one another.

This Stipulation is made in good faith and not for the purpose of delay. As noted, this is the first extension of time filed with regard to this reply brief. Given that the reply brief deadline for the Motion for Summary Judgment is November 8, 2019, and Defendants are not seeking to extend that deadline, no delay in the decision of this motion will occur as a result of this one-week extension.

. . .

. . .

. . .

Accordingly, the parties hereby stipulate to extend the deadline to file their reply brief in support of Defendants' respective Motions to Dismiss one week, making the new deadline **Friday, November 8, 2019** as opposed to Friday, November 1, 2019.

Respectfully stipulated to by the parties and submitted on this 31st day of October, 2019:

| On behalf of Plaintiff: | On behalf of Defendant Grierson by: |
|---|---|
| /s/ James P. Kemp<br>James P. Kemp, Esq. (Bar No. 6375)<br>Kemp & Kemp<br>7435 W. Azure Drive, Suite 110<br>Las Vegas, NV 89130<br>702.258.1183 – phone<br>702.258.6983 – fax<br>jp@kemp-attorneys.com | /s/ D. Randall Gilmer<br>D. Randall Gilmer, Esq. (Bar No. 14001)<br>OFFICE OF THE ATTORNEY GENERAL<br>555 E. Washington Avenue, Suite 2600<br>Las Vegas, NV 89101<br>702.486.3427 – phone<br>702.486.3774 – fax<br>drgilmer@ag.nv.gov |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Grierson* |
| | On behalf of<br>Defendants Lambermont and Clark County by:<br><br>/s/ Robert W. Freeman, Jr.<br>Robert W. Freeman, Jr., Esq. (Bar No. 3062)<br>Eunice M. Beattie, Esq. (Bar No. 10382)<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>702.893.3383 – phone<br>702.893.3789 – fax<br>Robert.Freeman@lewisbrisbois.com<br>Eunice.Beattie@lewisbrisbois.com<br><br>*Attorneys for Defendant Lambermont and Clark County* |

## **ORDER**

Pursuant to the stipulation of the parties stated herein, Defendants' Reply Briefs in support of their respective Motions to Dismiss shall be due on **Friday, November 8, 2019**, as opposed to Friday, November 1, 2019.

IT IS SO ORDERED.

Dated: November 1, 2019.

_____
U.S. DISTRICT COURT JUDGE