JAMES P. KEMP, ESQUIRE
Nevada Bar No. 006375
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110,
Las Vegas, NV 89130
(702) 258-1183 tel./(702) 258-6983 fax
jp@kemp-attorneys.com
Attorney for Plaintiff JACQUELYNN NICKLER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACQUELYNN NICKLER, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF CLARK, organized and of the existing under the laws of State of Nevada; STEVEN D. GRIERSON, court administrator, individually; KATHLEEN LAMBERMONT, administrator of the Clark County District Attorney's office, individually; and, DOE 1 through 10, inclusive; <br><br> Defendants. | Case No. 2:14-cv-01907-JCM-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO REPLY TO DEFENDANTS' OPPOSITIONS TO MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** <br> **(FIRST REQUEST)** |

The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to reply to the Defendants' oppositions (ECF Nos. 108 and 109) to Plaintiff's motion seeking leave to file a First Amended Complaint. (ECF No. 103) Also Defendants Clark County and Lambermont filed a separate Joinder to Defendant Grierson's Opposition (ECF No. 112). The proposed extension is from the current due date of Thursday, November 14, 2019 through and including ***Thursday, November 21, 2019***.

This is the first request for an extension of this deadline. The parties provide the

1

following information to the Court regarding the proposed extension of time:

1. Plaintiff's counsel has informed Defense counsel that an extension to file the reply is needed because due to the Veterans Day holiday weekend, with a number of longstanding family plans and responsibilities there has been insufficient time for Plaintiff's counsel to respond to the 19 page and 12 page Oppositions and the five page Joinder;

2. Plaintiff's counsel has family in from Florida and Washington for a long planned family get together surrounding Plaintiff's son playing in his Las Vegas Academy band concert at the Smith Center on Wednesday night, November 13, 2019. These family members arrived on Saturday and Tuesday respectively and the last of them do not leave until this coming Saturday.

3. Additionally, Plaintiff's counsel has had a very heavy workload in this period. On November 12 he had a morning hearing in state court and an afternoon deposition in another cases against Clark County at the office of Mr. Freeman (opposing counsel in this matter for Clark County and Lambermont). Then on Wednesday, November 13 Plaintiff's counsel had a lengthy settlement conference with Magistrate Judge Albregts followed by an administrative Workers' Compensation appeal hearing and then several client meetings. Thursday, November 14 must be devoted to opposing a Summary Judgment Motion, the opposition being due on Monday, November 18, 2019.

///

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

Dated: November 14, 2019 　　　　　　　　　　　　　　Dated: November 14, 2019

/s/　　James P. Kemp　　　　　　　　　　　　　　　　/s/　　Robert W. Freedman, Jr.
James P. Kemp, Esq.　　　　　　　　　　　　　　　　　Robert W. Freedman, Jr., Esq.
KEMP & KEMP ATTORNEYS AT LAW　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH
7435 West Azure Drive, Suite 110　　　　　　　　　　6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89130　　　　　　　　　　　　　　　　Las Vegas, NV 89118
(702) 258-1183/ 258-6983 fax　　　　　　　　　　　　(702) 893-3383 / (702) 893-3789 fax
Attorney for Plaintiffs　　　　　　　　　　　　　　　　Robert.freeman@lewisbrisbois.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Clark County and
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kathleen Lambermont

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ D. Randall Gilmer
　　　　　　　　　　　　　　　　　　　　　　　　　　　D. Randall Gilmer, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　OFFICE OF ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　555 E. Washington Avenue, Suite 2600
　　　　　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　　　　　　　　(702) 486-3427 / (702) 486-3774 fax
　　　　　　　　　　　　　　　　　　　　　　　　　　　drgilmer@ag.nv.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Steven D. Grierson

IT IS SO ORDERED:

_____
MAGISTRATE JUDGE

Dated: November 18, 2019

3